CARL H. ROETTER *v.* ORANGE FURNITURE
WAREHOUSE, INC.
(4829)

DUPONT, C. J., HULL and SPALLONE, Js.

Submitted on briefs January 16—decision released January 20, 1987

*Christopher M. Vossler* and *Thomas M. Murtha* filed a brief for the appellant (plaintiff).

*Bernard F. Joy* filed a brief for the appellee (defendant).

PER CURIAM. We have studied the record, transcript and briefs with regard to this appeal and, according the claims of error the appropriate scope of review, we find no merit to said claims.

There is no error.